**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tenetia Inabinett and Edward Alexander, III, Defendants,

Of whom Tenetia Inabinett is the Appellant,

and

Edward Alexander, III, is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001045

———————

Appeal From Lexington County
Dorothy Mobley Jones, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-122
Submitted March 7, 2019 – Filed March 25, 2019

———————

**AFFIRMED**

———————

Lyn Howell Hensel, of Law Office of Lyn Howell
Hensel, of Columbia, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent South Carolina Department of Social Services.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Tenetia Inabinett appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Inabinett's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.